FIDELITY AND DEPOSIT COMPANY OF MARYLAND v. AMERICAN SURETY COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE GREYHOUND CORPORATION and Another v. THE FIRST REINSURANCE COMPANY OF HARTFORD, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

FLORA HERSCHMANN, as Executrix, etc., of EMIL M. HERSCHMANN, Deceased, v. GREATER NEW YORK CARPET HOUSE, INC., and Another. FLORA HERSCHMANN, as Executrix, etc., of EMIL M. HERSCHMANN, Deceased, v. GREATER NEW YORK CARPET HOUSE, INC., and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 258 App. Div. 1044.] Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of HAROLD A. FRIEDMAN and Others for an Order against PAUL J. KERN, President, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JACOB A. FALK v. NEW YORK EVENING JOURNAL, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ALEXANDER WEILER v. DRY DOCK SAVINGS INSTITUTION.— Motion for leave to appeal to the Court of Appeals granted. [See 258 App. Div. 581.] Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

COLU REALTY CORPORATION v. MAX SHNITMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DAVID SCHIFF v. 195 BROADWAY CORPORATION. DAVID SCHIFF v. 195 BROADWAY CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

LAURA M. LEWIS, a Relative of RUTH COSGROVE WELLER, an Incompetent Person, (Deceased) v. FANNIE WELLER and Others.— Motion denied. [For reargument or for leave to appeal to Court of Appeals.]* Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [See 283 N. Y. 587.]

---

* Antecedent decision of February 8, 1940, rendered pursuant to practice motion made under section 578 of the Civil Practice Act, was received too late for insertion in proper place. (See 258 App. Div. 1039.). It was as follows: LAURA M. LEWIS, a Relative of RUTH COSGROVE WELLER, an Incompetent Person, Respondent (Deceased), v. FANNIE WELLER and HENRY WELLER, as Administrators, etc., of REUBEN WELLER, Deceased, Substituted Defendants, Appellants, (RUTH COSGROVE WELLER, an Incompetent Person, and Others, Defendants).— Motion denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.— [REP.